# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY

IN RE:                                  )
      CHARLES STEWART          )
                                  ) CASE NO: 25-10019
                                  )
      Debtor(s)                   )
                                  )

## **ORDER**

This matter having come before the Court on Motion by the debtor to Suspend Plan Payments to the Trustee and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the debtor's plan payments be suspended from the July 2025 through October 2025 and that the remaining payments are hereby increased to $577 monthly, starting in November 2025.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: August 20, 2025

TENDERED BY:

/s/ Heather Harryman Wade
Heather Harryman Wade
130 E. Professional Park Ct.
Bowling Green, KY  42104
270-782-8184